Prov. ... ida State Prison on Mail
11/5/25 ... by ZSC

United States District Court
Middle District of Florida
Tampa Division

Coleman, James,
   Plaintiff

v.           Case No. 8:23-CV-02305-TPB-CPT

Evander Lamount,
   Defendant

### Notice of Inquirey

I, Coleman, James, seek a Notice of Inquirey of the status of the above case number and if, this honorable Court has received the "Motion of Change of Address" from the Plaintiff.

Submitted by
/s/ James Coleman
Coleman, James
D.C.# 417178
Florida State Prison
P.O. Box 800
Raiford, Fl. 32083

James Coleman D.C. #U117678
Florida State Prison
P.O. Box 800
Raiford, Fl. 32083

Mailed From A State Correctional Institution

Screened by USMS
LEGAL MAIL

Clerk of Courts
United States District Court
Sam Gibbons Courthouse
801 N. Florida Ave. Room 218
Tampa, Fl. 33602

US POSTAGE PITNEY BOWES
ZIP 32083 $ 000.74⁰
02 4W
0000385900 NOV 06 2025

Legal Mail

3360213848 CO38

Legal Mail
Provided to Florida State Prison on
11/5/25 for mailing by _____